DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RAYNALD L. DOLISCA,**
Appellant,

v.

**JESSA GREEN,**
Appellee.

No. 4D20-992

[August 13, 2020]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Miller, Judge; L.T. Case No. 50-2017-DR-001934-XXXX-NB.

Raynald L. Dolisca, West Palm Beach, pro se.

Jonathan S. Glickman and Jennifer Rosenblum of Slusher & Rosenblum, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***